IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.53.9.72

**ISP:** Verizon Internet Services
**Physical Location:** West Orange, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/06/2018 04:19:17 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 02/01/2018 04:47:11 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 11/25/2017 20:02:07 | 296611FFFE925E019A9DA4DA27A5A307978EBCCE | Love Burns Again |
| 09/20/2017 04:25:56 | CB4D67B15832C477518D6A32D8C6DD62093B3FD9 | Definitely Not So Shy |
| 06/10/2017 03:35:51 | 360C3643DCB0C38095189A6163C96B5A97634D97 | Tiffanys Tight Ass |
| 03/22/2017 23:23:25 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CNJ710