**Copyrights-In-Suit for IP Address 108.53.9.72**

**ISP:** Verizon Internet Services
**Location:** West Orange, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Emerald Love | PA0002078611 | 07/22/2017 | 08/30/2017 | 05/12/2018 |
| Deeper and Deeper | PA0002104189 | 02/03/2018 | 02/13/2018 | 05/12/2018 |
| Never Have I Ever Had A Threesome Like This | PA0002116056 | 03/29/2018 | 05/01/2018 | 05/12/2018 |
| Hot Blooded | PA0002105546 | 03/03/2018 | 03/05/2018 | 04/19/2018 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 04/17/2018 |
| Watch Me Cum For You | PA0002094991 | 12/01/2017 | 12/05/2017 | 03/24/2018 |
| Love Burns Again | PA0002093283 | 10/06/2017 | 11/07/2017 | 11/25/2017 |
| Definitely Not So Shy | PA0002081983 | 07/15/2017 | 08/30/2017 | 09/20/2017 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 06/10/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 03/22/2017 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

EXHIBIT B

CNJ710