**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEV KHANNA,<br><br>　　　　　Defendant. | Case No. 2:18-cv-10567-JLL-CLW |

**ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE
AND RECONSIDERATION**

THIS CAUSE came before the Court upon Plaintiff's Motion for Alternate Service and Reconsideration the ("Motion"), pursuant to Fed. R. Civ. P. 4(e)(1), and New Jersey Rules of Civil Procedure §4:4-4(b)(3). This is a case for copyright infringement arising under United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. The Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. Plaintiff's Motion is granted.

2. Plaintiff is permitted to serve Defendant Khanna by alternate service, including posting a summons and copy of the Amended Complaint at his last known address and sending a copy by registered or certified mail,


return receipt requested, and delivery restricted to the addressee at the last known address, 43 Conforti Ave., Apt 72, West Orange, NJ 07052.

3. Plaintiff shall have twenty-one (21) days from the date of this Order to serve Defendant Khanna by alternate service.

4. Defendant shall have twenty-one (21) days from acknowledgement of the receipt of mail to file an Answer or other responsive pleading with this Court.

5. If the Defendant fails to do so, he will be subject to Default.

SO ORDERED this 12 day of March, 2018.

s/Cathy L. Waldor

By: _____
UNITED STATES ~~DISTRICT~~ Magistrate JUDGE

2